# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0690

VERSUS

RAYMOND JAMES TATE

**OCTOBER 1, 2021**

---

In Re:    State of Louisiana, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 18-202725.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** The district court erred in denying the state's objection to the defendant's request for a preliminary examination while awaiting the sanity commission's determination as to the defendant's capacity to proceed pursuant to the defendant's motion to appoint a sanity commission. See La. Code Crim. P. arts. 642 and 643. Accordingly, the district court's ruling is vacated, and this matter is remanded to the district court for further proceedings. However, the state's claim regarding the defendant's request to issue a subpoena to the juvenile victim for the preliminary examination hearing is denied. The district court stayed the matter and did not yet issue a ruling on the defendant's request for a subpoena.

                            PMc
                            JEW
                            MRT

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT